■ EDGAR MOSER, INC., Petitioner, v STATE DIVISION OF HUMAN RIGHTS, Respondent.—Petitioner is given an opportunity, if it so chooses, to appear by counsel with respect to this proceeding within 20 days from the date of the order entered herein (see CPLR 321, subd [a]), and determination of this proceeding is held in abeyance. Concur—Murphy, P. J., Birns, Fein, Markewich and Lupiano, JJ.